THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Riley James,       
Appellant.
 
 
 

Appeal From Orangeburg County
Luke N. Brown, Jr., Circuit Court Judge

Unpublished Opinion No. 2003-UP-212
Submitted January 29, 2003 - Filed March 
 19, 2003  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 for Appellant
Attorney General Henry Dargan McMaster; Chief 
 Deputy Attorney General John W. McIntosh; Assistant Deputy Attorney General 
 Charles H. Richardson, all of Columbia; Solicitor Walter M. Bailey, Jr., of 
 Summerville; for Respondent.
 
 
 

PER CURIAM:  Riley James appeals his conviction 
 for second-degree burglary, arguing that the trial court erred in ruling that 
 defense counsel did not use racially neutral reasons in striking three jurors.  
 In a separately filed pro se brief, James also argues that the trial 
 court erred in denying his motion for a directed verdict, that police officers 
 did not have probable cause to arrest him for burglary second, and that the 
 trial court erred in denying his motion to suppress blown-up photographs of 
 the crime scene. After a thorough review of the record and counsels brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Jamess appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.